[No. 74000-8-I.  Division One.  September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS J. SPRINGFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-8-00016-2, John P. Erlick, J., entered August 21, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Mann, JJ.

[No. 74125-0-I.  Division One.  September 26, 2016.]

LSI LOGISTIC SERVICE SOLUTIONS LLC ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-00933-8, Veronica Alicea Galván, J., entered September 1, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Spearman, JJ.

[No. 74413-5-I.  Division One.  September 26, 2016.]

LORIANN HULL, *Appellant*, v. PEACEHEALTH MEDICAL GROUP, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-2-00002-7, Ira Uhrig, J., entered December 3, 2015. *Reversed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Schindler, J.